**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Angelina Cress,

Plaintiff,

v.

**ORDER**
Civil No. 00-2494 ADM/SRN

Timothy Wert and
Diane Wert,

Defendants.

---

Philip H. M. Grove, Esq., Grove Law Office, Minneapolis, Minnesota, appeared for and on behalf of the Plaintiff.

Thomas A. Gilligan, Esq., Murnane Conlin White & Brandt, St. Paul, Minnesota, appeared for and on behalf of the Defendants.

---

On November 27, 2000, the undersigned United States District Judge heard Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 3] and Defendant's Motion for Consolidation [Doc. No. 9].

Based upon the arguments of counsel, together with all the files, records and proceedings, and for reasons expressed at the conclusion of oral argument on the motion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**, and Defendant's Motion for Consolidation is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2000

FILED 12-1-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______