UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Angelina Cress,

Plaintiff,

v.

Timothy Wert and
Diane Wert,

Defendants.

Civil No. 00-2494 (ADM /SRN)

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

TO: Plaintiff above named and to Philip H. M. Grove, Esq., Grove Law Office, 3700 34th Street East, Minneapolis, MN 55406, attorneys for Plaintiff;

Defendants above named and to Thomas A. Gilligan, Jr., Esq., Murnane, Conlin, White & Brandt, 1800 Meritor Tower, 444 Cedar Street, St. Paul, MN 55102, attorneys for Defendants.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff's counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

## I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District as amended effective November 1, 1996, a pretrial conference of trial counsel in the above matter will be held in Chambers at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **January 26, 2001, at 2:00 p.m.** before United States Magistrate Judge Susan Richard Nelson to consider the matters

Filed DEC 28 2000
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Counsel have submitted to the Court the required Rule 26(f) Report and confidential letters addressing settlement efforts.

Dated: December 28, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge