**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Angelina Cress,**

**Plaintiff,**

**v.**

**Timothy Wert and Diane Wert,**

**Defendants.**

**Civil No. 00-2494 (ADM /SRN)**

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

TO: Plaintiff above named and to Philip H. M. Grove, Esq., Grove Law Office, 3700 34th Street East, Minneapolis, MN 55406, and Kevin Reuther, Esq., Housing Discrimination Law Project, Legal Aid Society of Minneapolis, 2929 4th Avenue South, Minneapolis, MN 55408, attorneys for Plaintiff;

Defendants above named and to Thomas A. Gilligan, Jr., Esq., Murnane, Conlin, White & Brandt, 1800 Meritor Tower, 444 Cedar Street, St. Paul, MN 55102, attorneys for Defendants.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff's counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

## I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District as amended effective November 1, 1996, a pretrial conference of trial counsel in the above matter will be held in Chambers at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **February 15, 2001, at**

Filed JAN 26 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

**11:30 a.m.** before United States Magistrate Judge Susan Richard Nelson to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Counsel have submitted to the Court the required Rule 26(f) Report and confidential letters addressing settlement efforts.

Dated: January 25, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge