UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Angelina Cress,

Plaintiff,

v.

Timothy and Diane Wert

Defendants.

Court File No.: 00-2494 (ADM/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The remaining above-entitled action, having been compromised and settled, the same may be, and hereby is dismissed, with prejudice, on the merits, and without costs or disbursements to any party; and any party may and without notice apply to the Court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

**LAW OFFICES OF THE LEGAL AID SOCIETY OF MINNEAPOLIS**

Dated: 5/14, 2001

[signature]

Kevin Reuther (266255)
Attorneys for Plaintiff Angelina Cress
Housing & Discrimination Law Project
2929 Fourth Avenue South
Suite 201
Minneapolis, MN 55408
(612) 827-3774

JUN 0 6 2001

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 4, 2001

MURNANE, CONLIN, WHITE & BRANDT

Thomas A. Gilligan, Jr. (202150)
Attorneys for Defendants
Timothy and Diane Wert f/k/a
Diane Hardy
1800 Piper Jaffray Plaza
444 Cedar Street
Saint Paul, MN 55101
(651) 227-9411

**ORDER**

Upon the foregoing Stipulation

IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment, dismissing the above-mentioned action, with prejudice, on the merits, and without costs or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY,

By the Court:

Dated: ____________________

Magistrate ~~John M. Mason~~ Judge Susan R. Nelson

**JUDGMENT**

On the foregoing Stipulation and Order,

IT IS HEREBY ADJUDGED, that the above-entitled action is dismissed, with prejudice, on the merits, and without costs or disbursements to any party.

By the Court:

Dated: June 5, 2001

Ann D. Montgomery
U.S. District Judge